DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Good Hope Health Sys. v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>175 N.C. App. 296 | No. 057A06 | 7. Petitioner and Petitioner-Intervenor's Motion to Take Judicial Notice (COA05-123)<br><br>8. Respondent-Intervenors' Motion to Take Judicial Notice<br><br>9. Respondent-Intervenors' Motion to Dismiss Petitioners' Appeal as Moot<br><br>10. Petitioners' and Petitioners-Intervenors' Motion to Take Judicial Notice | 7. Allowed 08/17/06<br><br>8. Allowed 08/17/06<br><br>9. Denied 11/16/06<br><br>10. Allowed 08/17/06 |
| Good Hope Hosp., Inc. v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>175 N.C. App. 309 | No. 058A06 | 7. Petitioner and Petitioner-Intervenor's Motion to Take Judicial Notice (COA05-183)<br><br>8. Respondent-Intervenors' Motion to Take Judicial Notice<br><br>9. Respondent-Intervenors' Motion to Dismiss Petitioners' Appeal as Moot<br><br>10. Petitioners' and Petitioners-Intervenors' Motion to Take Judicial Notice | 7. Allowed 08/17/06<br><br>8. Allowed 08/17/06<br><br>9. Denied 11/16/06<br><br>10. Allowed 08/17/06 |
| Hamby v. Profile Prods., L.L.C.<br><br>Case below:<br>179 N.C. App. ——<br>(15 August 2006) | No. 507A06 | 1. Def's (Profile Products) NOA (Dissent) (COA05-1491)<br><br>2. Def's (Profile Products) PDR as to Additional Issues | 1. ——<br><br>2. Allowed 11/16/06 |
| Hedingham Cmty. Ass'n v. GLH Builders, Inc.<br><br>Case below:<br>178 N.C. App. 635 | No. 482P06 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1320)<br><br>2. Plt's Motion to Suspend or Vary Rules of Appellate Procedure and Substitute Counsel of Record Under N.C. Rules of Appellate Procedure 2 and 33<br><br>3. Brent E. Wood's Motion to Withdraw as Counsel | 1. Denied 10/05/06<br><br>2. Dismissed as Moot 10/05/06<br><br>3. Dismissed as Moot 10/05/06 |
| Holly Ridge Assocs., LLC v. N.C. Dep't of Env't & Natural Res.<br><br>Case below:<br>176 N.C. App. 594 | No. 218A06 | 1. Petitioner's NOA (Dissent) (COA03-1686)<br><br>2. Petitioner's PDR Under N.C.G.S. § 7A-31<br><br>3. Petitioner's PDR as to Additional Issues<br><br>4. Respondent-Intervenor's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied 11/16/06<br><br>3. Denied 11/16/06<br><br>4. Denied 11/16/06 |